B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Jesse Moores and Peggie Ho          ,          Case No.  10-43729

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DTA Solutions LLC | TAAC NHF Holdings, LLC c/o Wingspan |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  9428 Baymeadows Rd. Suite 260
  Jacksonville, FL 32256

Court Claim # (if known):  18
Amount of Claim:  $186,310.91
Date Claim Filed:  09/08/2010

Phone:  (866) 814-3112
Last Four Digits of Acct #:  0536

Phone:  (214)254-2113
Last Four Digits of Acct. #:  7174

Name and Address where transferee payments should be sent (if different from above):
  2975 Regent Blvd. Lockbox 202166
  Irving, TX 75063

Phone:  (866) 814-31120
Last Four Digits of Acct #:  0536

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert Hall                         Date:  03/01/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.