MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
6140 STONERIDGE MALL RD. SUITE 250
PLEASANTON, CA 94588
Telephone: (925) 621-1900
Fax: (925) 621-1901

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: JESSE MOORES ) Case No. 10-43729 CN 13
) **NOTICE OF UNCLAIMED**
PEGGIE HO ) **DIVIDENDS**
)
Debtor(s) )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $ 13,006.04 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 10-43729 CN 13 | DTA SOLUTIONS LLC<br>2975 REGENT BLVD LOCKBOX 202166<br>IRVING, TX 75063 | $ 186,310.91 | $ 13,006.04 |
| | Total Unclaimed Dividends | | $ 13,006.04 |

Dated: June 5, 2015

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee

Case: 10-43729    Doc# 90    Filed: 06/05/15    Entered: 06/05/15 08:08:08    Page 1 of 1